## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

---

THE ESTATE OF ROBERT KLEPACKI,
Deceased, by its Personal Representative,
MALGORZATA KRAWCZYK,

        Plaintiff,

vs.

TOWNSHIP OF HAGAR; IZZY
DIMAGGIO (Hagar Township Supervisor);
and DEBORAH L. KELLEY (Hagar
Township Clerk),

        Defendants.

File No. 1:14-cv-00914-JTN

HON. JANET T. NEFF

---

| | |
|---|---|
| Thomas H. Blaske (P26760) | James M. Straub (P21083) |
| John F. Turck, IV (P67670) | Sarah J. Hartman (P71458) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Blaske & Blaske PLC | Straub Seaman & Allen PC |
| 500 S Main St | 1014 Main St, PO Box 318 |
| Ann Arbor MI    48104 | St Joseph MI    49085 |
| 734-747-7055 | 269-982-1600 |
| thb@blaske.com | jstraub@lawssa.com |
| jt4@blaske.com | shartman@lawssa.com |

---

## NOTICE OF REOPENING CASE

---

### STRAUB, SEAMAN & ALLEN, P.C.

1014 MAIN ST., ST. JOSEPH, MI 49085    269.982.1600
3152 PEREGRINE DR NE STE 210, GRAND RAPIDS, MI  49525    616.530.6555

## NOTICE OF REOPENING CASE

This Court having granted Defendants DiMaggio and Kelley's first amended motion for stay of proceedings pursuant to FRAP 8(a)(1), and this Court's decision granting in part and denying part Defendants' Motion for Summary Judgment (ECF No. 28) having been appealed,; and said appeal having been based upon governmental immunity; and said appeal having been denied by the Sixth Circuit Court of Appeals; and said Sixth Circuit having mandated the case back to this Court as of January 11, 2017; and the parties, now wishing to further litigate this matter;

THE PARTIES hereby state that they wish this Court to reopen the District Court case and further request this Court to enter the proposed Stipulated Protective Order (ECF No. 44).

Dated:                                              STRAUB, SEAMAN & ALLEN, P.C.

August 29, 2017                          /s/ James M. Straub
                                                        James M. Straub   (P21083)
                                                        Sarah J. Hartman (P71458)
                                                        Attorneys for Defendants


Dated:

August 29, 2017                          /s/ Thomas H. Blaske (w/written approval)
                                                        Thomas H. Blaske (P26760)
                                                        John F. Turck, IV (P67670)
                                                        Attorneys for Plaintiff


THIS MATTER IS ORDERED REOPENED.


_____
HON. JANET T. NEFF